**Exhibit A:**
**List of Renovated Property Addresses/Logan Square Aluminum Supply, Inc., et al.**

| Line No. | Renovation Property Address | Built Year | Residence Type | Scope of Work | Work Order No | Work Order Dated | Installation Date |
|---|---|---|---|---|---|---|---|
| 1 | W Newport Ave [Individual Unit], Chicago, IL 60657 | 1926 | Multi-Family | Windows | P828699 | 1/3/2017 | 1/16/2017 |
| 2 | W Newport Ave [Individual Unit], Chicago, IL 60657 | 1926 | Multi-Family | Windows | P828699 | 1/3/2017 | 1/16/2017 |
| 3 | W Newport Ave [Individual Unit], Chicago, IL 60657 | 1926 | Multi-Family | Windows | P828699 | 1/3/2017 | 1/16/2017 |
| 4 | W Newport Ave [Individual Unit], Chicago, IL 60657 | 1926 | Multi-Family | Windows | P828699 | 1/3/2017 | 1/16/2017 |
| 5 | W Newport Ave [Individual Unit], Chicago, IL 60657 | 1926 | Multi-Family | Windows | P828699 | 1/3/2017 | 1/16/2017 |
| 6 | S 60th Ct, Cicero, IL 60804 | 1956 | Single-Family | Windows and Glass Block | P830010 | 1/26/2017 | 2/16/2017 |
| 7 | N Dearborn St, [Individual Unit], Chicago, IL 60610 | 1929 | Multi-Family | Windows | P830211 | 1/31/2017 | 2/8/2017 |
| 8 | N Dearborn St, [Individual Unit], Chicago, IL 60610 | 1929 | Multi-Family | Windows | P830211 | 1/31/2017 | 2/8/2017 |
| 9 | N Dearborn St, [Individual Unit], Chicago, IL 60610 | 1929 | Multi-Family | Windows | P830211 | 1/31/2017 | 2/8/2017 |

| 10 | N Dearborn St, [Individual Unit], Chicago, IL 60610 | 1929 | Multi-Family | Windows | P830211 | 1/31/2017 | 2/8/2017 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11 | N Nakomis Ave, Chicago, IL 60646 | 1936 | Single-Family | Windows | P830574 | 2/7/2017 | 2/16/2017 |
| 12 | Avonelle Dr, Chicago Heights, IL 60411 | 1960 | Single-Family | Windows | P830817 | 2/10/2017 | 3/6/2017 |
| 13 | S Peoria St, Chicago, IL 60620 | 1910 | Multi-Family | Windows | P831268 | 2/18/2017 | 3/2/2017 |
| 14 | S California Ave, Chicago, IL 60652 | 1951 | Single-Family | Window | P831634 | 2/24/2017 | 3/4/2017 |
| 15 | North East Ave, Oak Park IL 60302 | 1914 | Single-Family | Windows | P831834 | 2/28/2017 | 3/10/2017 |
| 16 | E 158th St, South Holland, IL 60473 | 1885 | Single-Family | Windows | P832139 | 3/3/2017 | 3/17/2017 |
| 17 | S Ada St, Chicago, IL 60620 | 1923 | Single-Family | Windows | P833774 | 3/29/2017 | 5/20/2017 |
| 18 | Eisenhower Rd, Oakbrook Terrace, IL 60181 | 1954 | Single-Family | Windows | P834222 | 4/5/2017 | 4/13/2017 |
| 19 | N Bissel St, Chicago, IL 60614 | 1872 | Single-Family | Window | P834865 | 4/14/2017 | 5/3/2017 |
| 20 | N Central Park Ave, Chicago, IL 60647 | 1909 | Single-Family | Windows and Glass Block | P835230 | 4/19/2017 | 5/5/2017 |
| 21 | N Normandy Ave, Chicago, IL 60631 | 1953 | Single-Family | Windows | P835800 | 4/26/2017 | 5/13/2017 |
| 22 | N Sheridan Ave, [Individual Unit], Chicago, IL 60626 | 1958 | Multi-Family | Windows | P836059 | 4/29/2017 | 5/6/2017 |

| 23 | W Wilson Ave, Chicago, IL 60630 | 1911 | Single-Family | Windows | P836361 | 5/3/2017 | 5/11/2017 |
|---|---|---|---|---|---|---|---|
| 24 | W Argyle St [Individual Unit], Chicago, IL 60625 | 1931 | Multi-Family | Windows | P836927 | 5/10/2017 | 5/22/2017 |
| 25 | Lincoln Ave, Highland Park, IL 60035 | 1923 | Single-Family | Window | P837460 | 5/16/2017 | 5/22/2017 |
| 26 | S Morgan St, Chicago, IL 60608 | 1891 | Single-Family | Windows | P838401 | 5/26/2017 | 6/11/2017 |
| 27 | W Sunnyside Ave, Chicago, IL 60630 | 1918 | Multi-Family | Windows | P838916 | 6/2/2017 | 8/10/2017 |
| 28 | N Wille St, Mt. Prospect, IL 60056 | 1954 | Single-Family | Windows | P839843 | 6/13/2017 | 6/23/2017 |
| 29 | W 18 Pl, Chicago, IL 60608 | 1885 | Single-Family | Storm Doors | P840108 | 6/16/2017 | 6/27/2017 |
| 30 | N Mozart St, [Individual Unit], Chicago, IL 60618 | 1924 | Multi-Family | Windows | P840854 | 6/26/2017 | 8/1/2017 |
| 31 | N Mozart St, [Individual Unit], Chicago, IL 60618 | 1924 | Multi-Family | Windows | P840854 | 6/26/2017 | 8/1/2017 |
| 32 | N Mozart St, [Individual Unit], Chicago, IL 60618 | 1924 | Multi-Family | Windows | P840854 | 6/26/2017 | 8/1/2017 |
| 33 | N Mozart St, [Individual Unit], Chicago, IL 60618 | 1924 | Multi-Family | Windows | P840854 | 6/26/2017 | 8/1/2017 |
| 34 | N Mozart St, [Individual Unit], Chicago, IL 60618 | 1924 | Multi-Family | Windows | P840854 | 6/26/2017 | 8/1/2017 |

| 35 | N Mozart St, [Individual Unit], Chicago, IL 60618 | 1924 | Multi-Family | Windows | P840854 | 6/26/2017 | 8/1/2017 |
|---|---|---|---|---|---|---|---|
| 36 | N Mozart St, [Individual Unit], Chicago, IL 60618 | 1924 | Multi-Family | Windows | P840854 | 6/26/2017 | 8/1/2017 |
| 37 | N Mozart St [Individual Unit], Chicago, IL 60618 | 1924 | Multi-Family | Windows | P840854 | 6/26/2017 | 8/1/2017 |
| 38 | N Mozart St, [Individual Unit], Chicago, IL 60618 | 1924 | Multi-Family | Windows | P840854 | 6/26/2017 | 8/1/2017 |
| 39 | N Mozart St, [Individual Unit], Chicago, IL 60618 | 1924 | Multi-Family | Windows | P840854 | 6/26/2017 | 8/1/2017 |
| 40 | N Mozart St, [Individual Unit], Chicago, IL 60618 | 1924 | Multi-Family | Windows | P840854 | 6/26/2017 | 8/1/2017 |
| 41 | N Mozart St, [Individual Unit], Chicago, IL 60618 | 1924 | Multi-Family | Windows | P840854 | 6/26/2017 | 8/1/2017 |
| 42 | S Harvard Ave, Chicago, IL 60628 | 1958 | Single-Family | Windows | P840977 | 6/27/2017 | 7/15/2017 |
| 43 | W Montana St, Chicago, IL 60639 | 1923 | Multi-Family | Windows | P841718 | 7/6/2017 | 7/21/2017 |
| 44 | S Sangamon St, Chicago, IL 60620 | 1918 | Multi-Family | Storm Doors | P842011 | 7/10/2017 | 7/27/2017 |
| 45 | N Hermitage Ave, Chicago, IL 60622 | 1880 | Multi-Family | Window | P843545 | 7/26/2017 | 8/10/2017 |
| 46 | S 55th Ct, Cicero, IL 60804 | 1948 | Single-Family | Window Insulation | P843768 | 7/28/2017 | 9/27/2017 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 47 | N St. Louis, Chicago, IL 60659 | 1951 | Single-Family | Window | P844414 | 8/4/2017 | 8/10/2017 |
| 48 | S Luella Ave, Chicago, IL 60617 | 1943 | Single-Family | Steel Doors | P844798 | 8/9/2017 | 9/8/2017 |
| 49 | S Drexel Blvd, [Individual Unit], Chicago, IL 60615 | 1917 | Multi-Family | Windows | P846082 | 8/24/2017 | 9/21/2017 |
| 50 | N Central Park Ave, Chicago, IL 60647 | 1906 | Multi-Family | Windows | P846495 | 8/29/2017 | 9/25/2017 |
| 51 | S Seeley Ave, Chicago, IL 60608 | 1885 | Multi-Family | Windows | P846690 | 8/30/2017 | 10/6/2017 |
| 52 | N Lemont Ave, Chicago, IL 60646 | 1952 | Single-Family | Windows Insulation | P847011 | 9/5/2017 | 10/4/2017 |
| 53 | W 19th St, [Individual Unit], Chicago, IL 60608 | 1885 | Multi-Family | Window Insulation | P847466 | 9/9/2017 | 10/12/2017 |
| 54 | Main S, Morton Grove, IL 60053 | 1957 | Single-Family | Windows | P848042 | 9/15/2017 | 10/10/2017 |
| 55 | N Bernard St, Chicago, IL 60618 | 1908 | Single-Family | Window Insulation | P848751 | 9/23/2017 | 10/28/2017 |
| 56 | W Eastwood Ave, Chicago, IL 60625 | 1896 | Multi-Family | Window | P850085 | 10/9/2017 | 11/7/2017 |
| 57 | Olimpic Dr, Bridgeview, IL 60655 | 1958 | Single-Family | Windows | P850352 | 10/11/2017 | 11/17/2017 |
| 58 | N Bosworth Ave, Chicago, IL 60626 | 1920 | Single-Family | Windows | P851771 | 10/27/2017 | 12/7/2017 |
| 59 | W Hurlbut St, Chicago, IL 60631 | 1954 | Single-Family | Windows | P852146 | 10/31/2017 | 12/20/2017 |
| 60 | N Lotus Ave, Chicago, IL 60630 | 1930 | Single-Family | Windows | P852391 | 11/2/2017 | 1/6/2018 |

| 61 | W Oakdale Ave, Chicago, IL 60641 | 1916 | Single-Family | Windows | P852776 | 11/8/2017 | 12/18/2017 |
|---|---|---|---|---|---|---|---|
| 62 | W Potomac Ave, Chicago, IL 60651 | 1901 | Multi-Family | Windows | P853667 | 11/20/2017 | 1/9/2018 |
| 63 | Evergreen Ave, Chicago, IL 60622 | 1885 | Multi-Family | Windows | P854061 | 11/27/2017 | 12/20/2017 |
| 64 | S Kimbark Ave, Chicago, IL 60615 | 1911 | Multi-Family | Windows | P854601 | 12/5/2017 | 12/18/2017 |
| 65 | S Saint Lawrence Ave, Chicago, IL 60637 | 1905 | Multi-Family | Windows | P854771 | 12/7/2017 | 1/26/2018 |
| 66 | N Avers Ave, Chicago, IL 60618 | 1901 | Multi-Family | Windows | P855173 | 12/13/2017 | 1/25/2018 |
| 67 | W Foster Ave, Chicago, IL 60656 | 1949 | Single-Family | Windows | P855244 | 12/14/2017 | 1/15/2018 |
| 68 | N Aralia Dr, Mt. Prospect, IL 60056 | 1946 | Single-Family | Window | P855634 | 12/22/2017 | 1/13/2018 |
| 69 | George St, [Individual Unit], Wood Dale, IL 60191 | 1967 | Multi-Family | Windows | P855967 | 1/4/2018 | 2/26/2018 |
| 70 | George St, [Individual Unit], Wood Dale, IL 60191 | 1967 | Multi-Family | Windows | P855967 | 1/4/2018 | 2/26/2018 |
| 71 | N Bell Ave, Chicago, IL 60622 | 1900 | Multi-Family | Storm Doors | P856212 | 1/9/2018 | 2/15/2018 |
| 72 | N Lockwood Ave, Chicago, IL 60641 | 1929 | Multi-Family | Windows | P856390 | 1/12/2018 | 1/31/2018 |
| 73 | Wesley Ave, Stickney, IL 60402 | 1950 | Single-Family | Windows | P855070 | 12/12/2017 | 1/13/2018 |

6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 74 | S 61st Ct, Cicero, IL 60804 | 1920 | Multi-Family | Windows | P857066 | 1/25/2018 | 2/16/2018 |
| 75 | W 82nd St, Chicago, IL 60652 | 1960 | Single-Family | Windows and Glass Block | P857195 | 1/29/2018 | 2/14/2018 |
| 76 | N Moody Ave, Chicago, IL 60630 | 1924 | Single-Family | Windows | P857442 | 2/1/2018 | 2/19/2018 |
| 77 | N Greenview Ave, Chicago, IL 60613 | 1908 | Multi-Family | Windows | P857995 | 2/13/2018 | 3/8/2018 |
| 78 | S Elizabeth St, Chicago, IL 60620 | 1920 | Single-Family | Window | P858145 | 2/16/2018 | 3/5/2018 |
| 79 | S State St, Lemont, IL 60439 | 1896 | Single-Family | Windows | P858246 | 2/19/2018 | 5/8/2018 |
| 80 | W Early Ave, Chicago, IL 60660 | 1906 | Single-Family | Windows | P858437 | 2/22/2018 | 3/2/2018 |
| 81 | S Justine St, Chicago, IL 60620 | 1920 | Single-Family | Windows | P858736 | 2/28/2018 | 3/12/2018 |
| 82 | N Whipple St, Chicago, IL 60659 | 1925 | Single-Family | Windows | P858815 | 3/1/2018 | 3/22/2018 |
| 83 | N Albany Ave, Chicago, IL 60625 | 1911 | Multi-Family | Windows | P859198 | 3/7/2018 | 3/30/2018 |
| 84 | N Greenview Ave, Chicago, IL 60613 | 1908 | Multi-Family | Windows | P857995 | 2/13/2018 | 3/8/2018 |
| 85 | N Mont Clare Ave, Chicago, IL 60634 | 1924 | Single-Family | Patio Doors | P859686 | 3/14/2018 | 3/21/2018 |
| 86 | N Lorel Ave, Chicago, IL 60651 | 1910 | Single-Family | Windows | P859855 | 3/17/2018 | 4/2/2018 |
| 87 | N Fernandez Ave, Arlington Heights, IL 60004 | 1959 | Single-Family | Windows | P859805 | 3/29/2018 | 3/29/2018 |

| 88 | N Lowell Ave, Chicago, IL 60639 | 1906 | Multi-Family | Windows | P860866 | 4/2/2018 | 4/12/2018 |
|---|---|---|---|---|---|---|---|
| 89 | S Kenneth Ave, Oak Lawn, IL 60453 | 1931 | Single-Family | Windows | P861511 | 4/11/2018 | 5/15/2018 |
| 90 | N Hermitage Ave, Chicago, IL 60640 | 1880 | Single-Family | Windows and Glass Block | P862127 | 4/17/2018 | 5/16/2018 |
| 91 | W Warren Blvd, Chicago, IL 60612 | 1895 | Multi-Family | Windows | P862213 | 4/20/2018 | 5/29/2018 |
| 92 | W Fullerton Ave, Chicago, IL 60647 | 1899 | Multi-Family | Windows | P862557 | 4/25/2018 | 5/29/2018 |
| 93 | S California Ave, Evergreen Park, IL 60805 | 1950 | Single-Family | Windows | P862834 | 4/30/2018 | 6/7/2018 |
| 94 | N 74th Ave, Elmwood Park, IL 60707 | 1925 | Single-Family | Windows and Exterior Siding | P863950 | 5/12/2018 | 5/30/2018 |
| 95 | N Sheridan Rd, [Individual Unit], Chicago, IL 60613 | 1904 | Multi-Family | Windows | P864694 | 5/22/2018 | 7/25/2018 |
| 96 | W Deming Pl, Chicago, IL 60639 | 1921 | Single-Family | Windows | P864915 | 5/24/2018 | 6/14/2018 |
| 97 | Latrobe Ave, Burbank, IL 60459 | 1949 | Single-Family | Patio Door | P865370 | 5/29/2018 | 6/14/2018 |
| 98 | N Newland Ave, Chicago, IL 60634 | 1925 | Single-Family | Windows | P865262 | 5/30/2018 | 6/18/2018 |
| 99 | S Kedvale Ave, Chicago, IL 60652 | 1967 | Single-Family | Windows | P865446 | 5/31/2018 | 6/15/2018 |
| 100 | W 21st Pl, Chicago, IL 60608 | 1885 | Multi-Family | Windows | P865467 | 6/1/2018 | 6/30/2018 |

8

| 101 | W Nelson St, Chicago, IL 60618 | 1885 | Single-Family | Windows | P864516 | 5/19/2018 | 6/5/2018 |
|---|---|---|---|---|---|---|---|
| 102 | S Torrence Ave, Chicago, IL 60617 | 1958 | Single-Family | Windows and Glass Block | P866760 | 6/14/2018 | 6/26/2018 |
| 103 | N Glenwood Ave, Chicago, IL 60626 | 1917 | Multi-Family | Windows | P867278 | 6/20/2018 | 9/18/2018 |
| 104 | Riverside Ave, Brookfield, IL 60153 | 1950 | Single-Family | Windows | P867606 | 6/26/2018 | 7/12/2018 |
| 105 | Garden St, Park Ridge, IL 60068 | 1923 | Single-Family | Windows | P867939 | 6/28/2018 | 7/25/2018 |
| 106 | S Kolin Ave, Chicago, IL 60629 | 1946 | Single-Family | Windows | P868217 | 7/3/2018 | 7/21/2018 |
| 107 | N Pulaski Rd, Chicago, IL 60641 | 1906 | Child-Occupied Facility | Windows | P868290 | 7/5/2018 | 8/15/2018 |
| 108 | Monroe Ave, River Forest IL 60305 | 1938 | Single-Family | Windows | P868379 | 7/6/2018 | 8/28/2018 |
| 109 | N Beacon St, [Individual Unit], Chicago, IL 60640 | 1906 | Multi-Family | Windows | P868867 | 7/11/2018 | 8/2/2018 |
| 110 | N Ottawa Ave, Chicago, IL 60631 | 1953 | Single-Family | Windows | P869699 | 7/20/2018 | 8/6/2018 |
| 111 | S 12th Ave, Maywood, IL 60153 | 1909 | Single-Family | Windows | P870051 | 7/25/2018 | 9/24/2018 |
| 112 | Wenonah Ave, Berwyn, IL 60402 | 1946 | Single-Family | Windows | P870595-1 | 7/31/2018 | 8/29/2018 |

| 113 | N Kenilworth Ave, Mt. Prospect, IL 60056 | 1955 | Single-Family | Windows | P870752 | 8/2/2018 | 8/28/2018 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 114 | W 120th Pl, Blue Island, IL 60406 | 1923 | Single-Family | Windows | P871219 | 8/8/2018 | 8/31/2018 |
| 115 | Jerome Dr, Northlake, IL 60164 | 1948 | Single-Family | Windows | P871666 | 8/13/2018 | 9/4/2018 |
| 116 | W 19th St, Chicago, IL 60608 | 1888 | Multi-Family | Windows | P871920 | 8/15/2018 | 8/2/2018 |
| 117 | N Sawyer Ave, Chicago, IL 60618 | 1912 | Single-Family | Windows and Storm Door | P872596 | 8/23/2018 | 9/25/2018 |
| 118 | N 24th Ave, Melrose Park, IL 60160 | 1947 | Single-Family | Windows | P873004 | 8/28/2018 | 10/2/2018 |
| 119 | S 11th Ave, Broadview, IL 60155 | 1954 | Single-Family | Windows | P873227 | 8/30/2018 | 10/1/2018 |
| 120 | Green Bay Ave, Burnham, IL 60633 | 1945 | Single-Family | Windows | P873523 | 9/5/2018 | 9/24/2018 |
| 121 | W Berwyn Ave, Chicago, IL 60656 | 1960 | Multi-Family | Windows | P873860 | 9/8/2018 | 10/8/2018 |
| 122 | S East End Ave, Chicago, IL 60617 | 1947 | Single-Family | Windows | P874292 | 9/12/2018 | 10/18/2018 |
| 123 | E Atwater Ave, Elmhurst, IL 60126 | 1956 | Single-Family | Windows | P872968-1 | 9/4/2018 | 9/19/2018 |
| 124 | Michigan Ave, Evanston, IL 60202 | 1916 | Multi-Family | Windows for | P875694 | 9/26/2018 | 10/10/2018 |

|     |                                             |      |                   | Common Area    |         |            |            |
| --- | ------------------------------------------- | ---- | ----------------- | -------------- | ------- | ---------- | ---------- |
| 125 | N Nottingham Ave, Chicago, IL 60634         | 1930 | Single-Family     | Storm Doors    | P875881 | 9/28/2018  | 11/14/2018 |
| 126 | Clarence Ave, Berwyn, IL 60402              | 1925 | Single-Family     | Windows        | P876578 | 10/5/2018  | 6/11/2018  |
| 127 | Highridge Parkway, Westchester, IL 60154    | 1942 | Single-Family     | Windows        | P878872 | 10/26/2018 | 1/11/2019  |
| 128 | S Chappel Ave, Chicago, IL 60617            | 1959 | Single-Family     | Windows        | P879363 | 11/1/2018  | 12/1/2018  |
| 129 | W Winnemac Ave, Chicago, IL 60640           | 1909 | Multi-Family      | Windows        | P880355 | 11/13/2018 | 12/12/2018 |
| 130 | N Central Park Ave, Chicago, IL 60659       | 1945 | Single-Family     | Windows        | P880761 | 11/19/2018 | 12/27/2018 |
| 131 | W Agatite Ave, Chicago, IL 60640            | 1921 | Multi-Family      | Storm Door     | P881346 | 11/27/2018 | 12/21/2018 |
| 132 | N Fairfield Ave, Chicago, IL 60622          | 1904 | Multi-Family      | Windows        | P881343 | 11/29/2018 | 12/8/2018  |
| 133 | Mackinaw Ave, Calumet City, IL 60409        | 1956 | Single-Family     | Windows        | P881631 | 12/3/2018  | 1/9/2019   |
| 134 | W Lunt Ave, Chicago, IL 60626               | 1949 | Multi-Family      | Windows        | P882588 | 12/19/2018 | 8/15/2019  |
| 135 | W Berwyn Ave, Chicago, IL 60656             | 1959 | Single-Family     | Storm Door     | P882756 | 12/21/2018 | 1/15/2019  |

| 136 | N Ozark Ave, Norridge, IL 60706 | 1924 | Single-Family | Windows | P883005 | 1/2/2019 | 1/17/2019 |
|---|---|---|---|---|---|---|---|
| 137 | W 81st St, Chicago, IL 60652 | 1953 | Single-Family | Windows | P883076 | 1/3/2019 | 1/23/2019 |
| 138 | N Glenwood Ave, [Individual Unit], Chicago, IL 60626 | 1917 | Multi-Family | Windows | P883137 | 1/4/2019 | 8/20/2018 |
| 139 | N Glenwood Ave, [Individual Unit], Chicago, IL 60626 | 1917 | Multi-Family | Windows | P883137 | 1/4/2019 | 8/20/2018 |
| 140 | N Glenwood Ave, [Individual Unit], Chicago, IL 60626 | 1917 | Multi-Family | Windows | P883137 | 1/4/2019 | 8/20/2018 |
| 141 | W Vermont Ave, Chicago, IL 60643 | 1954 | Single-Family | Windows | P883143 | 1/4/2019 | 1/22/2019 |
| 142 | W Barry Ave, Chicago, IL 60634 | 1940 | Single-Family | Storm Door | P883191 | 1/5/2019 | 2/5/2019 |
| 143 | 216th Pl, Matteson, IL 60443 | 1899 | Single-Family | Windows | P883338 | 1/8/2019 | 4/8/2019 |
| 144 | S Michigan Ave, Chicago, IL 60619 | 1916 | Single-Family | Windows | P883407 | 1/9/2019 | 1/23/2019 |
| 145 | W 39th Pl, Chicago, IL 60632 | 1900 | Single-Family | Windows | P883464 | 1/10/2019 | 2/11/2019 |
| 146 | 50th Ave, Bellwood, IL 60104 | 1957 | Single-Family | Windows | P883456 | 1/10/2019 | 3/20/2019 |
| 147 | S Albany Ave, Chicago, IL 60655 | 1920 | Single-Family | Windows | P883546 | 1/11/2019 | 1/23/2019 |
| 148 | N Lowell Ave, Chicago, IL 60630 | 1911 | Single-Family | Patio Door | P883659 | 1/14/2019 | 2/9/2019 |

| 149 | W 86th St, Chicago, IL 60620 | 1941 | Single-Family | Windows | P883724 | 1/15/2019 | 2/28/2019 |
|---|---|---|---|---|---|---|---|
| 150 | S Charles St, Chicago, IL 60643 | 1947 | Single-Family | Windows | P883824 | 1/17/2019 | 2/6/2019 |
| 151 | N Clark Ave, Chicago, IL 60640 | 1909 | Single-Family | Windows | P883892 | 1/18/2019 | 2/4/2019 |
| 152 | Spruce Ln, Oak Forest, IL 60452 | 1966 | Single-Family | Windows | P883967 | 1/21/2019 | 2/4/2019 |
| 153 | Country Club Drive, Olympia Fields, IL 60461 | 1958 | Single-Family | Windows | P884027 | 1/22/2019 | 2/22/2019 |
| 154 | Colfax St, Griffith, IN 46408 | 1951 | Single-Family | Windows | P884113 | 1/23/2019 | 3/16/2019 |
| 155 | S Green St, Chicago, IL 60620 | 1958 | Single-Family | Windows | P884209 | 1/25/2019 | 2/11/2019 |
| 156 | N Navarre Ave, Chicago, IL 60631 | 1954 | Single-Family | Windows | P884245 | 1/26/2019 | 2/6/2019 |
| 157 | Michigan Ave, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884252 | 1/26/2019 | 3/20/2019 |
| 158 | S Austin Ave, Oak Lawn, IL 60453 | 1963 | Single-Family | Windows | P884309 | 1/28/2019 | 2/13/2019 |
| 159 | S Fairview Ave, [Individual Unit], Blue Island, IL 60406 | 1968 | Multi-Family | Patio Door | P884324 | 1/29/2019 | 2/22/2019 |
| 160 | Kildare Ave[Individual Unit], Alsip, IL 60803 | 1972 | Multi-Family | Windows | P884371 | 1/30/2019 | 3/9/2019 |

| 161 | S Essex Ave, Chicago, IL 60617 | 1928 | Multi-Family | Windows | P884509 | 2/4/2019 | 2/21/2019 |
| 162 | Michigan Avenue[Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 163 | Michigan Avenue, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 164 | Michigan Avenue, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 165 | Michigan Avenue, Evanston, IL 60202 | 1916 | Multi-Family | Windows for Common Area | P884510 | 2/4/2019 | 3/22/2019 |
| 166 | Michigan Avenue, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 167 | Michigan Avenue, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 168 | Michigan Avenue, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 169 | Michigan Avenue, [Individual Unit], | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |

14

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Evanston, IL 60202 | | | | | | |
| 170 | Michigan Avenue, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 171 | Michigan Avenue, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 172 | Michigan Avenue, Evanston, IL 60202 | 1916 | Multi-Family | Windows for Common Area | P884510 | 2/4/2019 | 3/22/2019 |
| 173 | Michigan Avenue, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 174 | Michigan Avenue, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 175 | Michigan Avenue, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 176 | Michigan Avenue, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 177 | Michigan Avenue, [Individual Unit], | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Evanston, IL 60202 | | | | | | |
| 178 | Michigan Avenue, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 179 | Michigan Avenue, Evanston, IL 60202 | 1916 | Multi-Family | Windows for Common Area | P884510 | 2/4/2019 | 3/22/2019 |
| 180 | Michigan Avenue, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 181 | Michigan Avenue, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 182 | Michigan Avenue, [Individual Unit], Evanston, IL 60202 | 1916 | Multi-Family | Windows | P884510 | 2/4/2019 | 3/22/2019 |
| 183 | Gray Ave, Evanston IL 60202 | 1955 | Single-Family | Windows | P884692 | 2/7/2019 | 2/20/2019 |
| 184 | Gunderson Ave, Stickney, IL 60402 | 1958 | Single-Family | Windows | P885036 | 2/14/2019 | 4/1/2019 |
| 185 | E 91st Pl, Chicago, IL 60617 | 1962 | Single-Family | Windows | P885096 | 2/15/2019 | 2/28/2019 |
| 186 | W 21st St, Chicago, IL 60608 | 1883 | Multi-Family | Windows | P885178 | 2/18/2019 | 3/20/2019 |

| 187 | Appletree Lane, Deerfield, IL 60015 | 1956 | Single-Family | Windows | P885423 | 2/21/2019 | 3/8/2019 |
|---|---|---|---|---|---|---|---|
| 188 | N Magnolia Ave, Chicago, IL 60640 | 1907 | Multi-Family | Door | P885443 | 2/22/2019 | 3/1/2019 |
| 189 | S Drexel Ave, [Individual Unit], Chicago, IL 60615 | 1923 | Multi-Family | Window | P885593 | 2/26/2019 | 3/7/2019 |
| 190 | W Division St, Chicago, IL 60651 | 1914 | Multi-Family | Windows | P885693 | 2/28/2019 | 3/10/2019 |
| 191 | S Throop St, Chicago, IL 60620 | 1921 | Single-Family | Windows | P885838 | 3/1/2019 | 4/25/2019 |
| 192 | S 57th Ct, Cicero, IL 60804 | 1914 | Multi-Family | Windows | P885842 | 3/2/2019 | 3/10/2019 |
| 193 | W Grace St, Chicago, IL 60641 | 1957 | Multi-Family | Windows | P886016 | 3/5/2019 | 3/22/2019 |
| 194 | N Keating Ave, Lincolnwood, IL 60712 | 1957 | Single-Family | Windows | P886075 | 3/6/2019 | 3/21/2019 |
| 195 | W 21st St, Chicago, IL 60608 | 1883 | Multi-Family | Window | P886152 | 3/7/2019 | 3/20/2019 |
| 196 | S Vernon Ave, Chicago, IL 60619 | 1957 | Multi-Family | Windows | P886413 | 3/12/2019 | 3/25/2019 |
| 197 | W 110th St, Chicago, IL 60628 | 1945 | Single-Family | Windows | P886556 | 3/14/2019 | 3/27/2019 |
| 198 | Langley Ave, South Holland, IL 60473 | 1967 | Single-Family | Windows | P886609 | 3/14/2019 | 5/24/2019 |
| 199 | W Oak Ave, Lake Forest, IL 60045 | 1969 | Single-Family | Windows | P886709 | 3/16/2019 | 3/28/2019 |
| 200 | N Natoma Ave, Chicago, IL 60656 | 1947 | Single-Family | Windows | P886952 | 3/20/2019 | 4/1/2019 |

17

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 201 | Surryse Rd, Lake Zurich, IL 60047 | 1970 | Single-Family | Windows | P886943 | 3/20/2019 | 3/20/2019 |
| 202 | E Van Buren St, Elmhurst, IL 60126 | 1963 | Single-Family | Windows | P887049 | 3/21/2019 | 4/3/2019 |
| 203 | W Potomac Ave, Chicago, IL 60651 | 1905 | Multi-Family | Windows | P887128 | 3/22/2019 | 4/25/2019 |
| 204 | Detroit St, Calumet City, IL 60409 | 1923 | Single-Family | Windows | P887298 | 3/25/2019 | 4/4/2019 |
| 205 | S 57th Ave, Cicero, IL 60804 | 1915 | Single-Family | Window | P887447 | 3/27/2019 | 4/9/2019 |
| 206 | W Lunt Ave, Chicago, IL 60626 | 1949 | Multi-Family | Windows | P887565 | 3/28/2019 | 8/15/2019 |
| 207 | Howard St, Plainfield, IL 60544 | 1957 | Single-Family | Windows | P887709-1 | 3/29/2019 | 4/22/2019 |

18